UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

Capital Health Management Corporation
 d/b/a Capitol Health Management, Inc.,

                 Plaintiff,         CV-06-1903 (CPS)

    - against -               ORDER

Universal Financial Solutions, LLC;
 First Guaranty Capital, LLC;
 Stanley M. Daniels; Frank Giambrone;
 Christopher Polk, and Does 1-10,

                 Defendants.

------------------------------------X

       No objections to the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr. dated April 11, 2008 having been filed by the parties, the Report and Recommendation is hereby adopted. The Clerk is directed to note the default of defendants Universal Financial Solutions, LLC and Stanley M. Daniels.

       The Clerk is directed to transmit a copy of the within to all parties and to the assigned Magistrate Judge.

       SO ORDERED.

Dated :    Brooklyn, New York
         October 3, 2008

                                s/Hon. Charles P. Sifton
                           _____
                           United States District Judge